# Court of Appeals
# of the State of Georgia

ATLANTA,  October 13, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0281.  HOWELL F. WRIGHT v. NJUN HOLDING, LLC et al.**

Howell F. Wright filed this direct appeal from the trial court's order awarding OCGA § 9-15-14 attorney fees.  Such awards, however, must be appealed by application for discretionary review.  See OCGA § 5-6-35 (a) (10); *Jones v. Padgett*, 186 Ga. App. 362, 363 (2) (367 SE2d 88) (1988).  Wright's failure to comply with the discretionary appeal procedure deprives this Court of jurisdiction to consider this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,  10/13/2017*
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

                                        , *Clerk.*